144 A.3d 93

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Angel Anthony RESTO, Respondent.

Supreme Court of Pennsylvania.

Aug. 23, 2016.

## ORDER

**AND NOW,** this 23rd day of August, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as set forth by the Commonwealth, is as follows:

Did the Pennsylvania Superior Court err in holding that the mandatory minimum sentence found in 42 Pa.C.S.A. § 9718(a)(3) [is] unconstitutional in light of *Alleyne v. United States* [— U.S. —], 133 S.Ct. 2151 [186 L.Ed.2d 314] (2013), despite that statutory provision calling for no facts to be found beyond simply being convicted of the enumerated offense?

This matter is to be listed together with *Commonwealth v. Bragg,* 67 EAL 2016, *Commonwealth v. Macklin,* 288 MAL

2015, and *Commonwealth v. Sachette,* 973 MAL 2015, for oral argument purposes only.

Justice WECHT did not participate in the consideration or decision of this matter.